No. 75–1338.  MASCHHOFF v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–1395.  HEAD v. KORSHAK, DIRECTOR, DEPARTMENT OF REVENUE, CITY OF CHICAGO, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 75–1401.  SWEENY v. LENTINI ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–1403.  DIRK v. AMERICAN PRESIDENT LINES, LTD.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–1406.  ELIOPULOS v. HILDYARD ET AL.  Ct. App. Colo.  Certiorari denied.

No. 75–1409.  ST. REGIS PAPER Co. v. McMILLEN, U. S. DISTRICT JUDGE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 75–1492.  RHOADES v. ROCHEZ BROS., INC.  C. A. 3d Cir.  Certiorari denied.

No. 75–1500.  NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE ET AL. v. ANN ARBOR TRUST Co. C. A. 6th Cir.  Certiorari denied.

No. 75–1560.  GRAHAM v. WILSON.  C. A. D. C. Cir. Certiorari denied.

No. 75–6207.  KITCHENS v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.